UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CARLOS WILLIS,

    Defendant.

_____/

CRIMINAL NO. 07-20460-4

HON. PAUL D. BORMAN

## **ORDER**

    The above-named defendant has sent a letter to the Court indicating that the presentence report shows defendant with a Category V Criminal History. However, the Court determined at sentence that defendant should be sentenced with a Category IV Criminal History.

    Therefore, the Court is requesting the Probation Department to correct the presentence report, changing defendant's Criminal History Category from a Level V to a Level IV.

                                                S/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: June 30, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 30, 2010.

                                                S/Denise Goodine
                                                Case Manager